UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO

| | |
|---|---|
| Anza Technology, Inc., a California Corporation, | Case No. 2:17-cv-01688-WBS-DB |
| Plaintiff, | **Order Re: Joint Stipulation To Extend Time** |
| v. | |
| Toshiba America Electronics Components, Inc., a California corporation, | |
| Defendant. | |

Before the Court is Plaintiff Anza Technologies, Inc. ("Anza") and Defendant Toshiba America Electronics Components, Inc. ("Toshiba") (collectively, the "Parties") Joint Stipulation to Extend Time for Toshiba to answer, move, or otherwise respond to Anza's complaint. Upon consideration of the Joint Stipulation, the Court finds that the Joint Stipulation should be GRANTED. Toshiba has until October 23, 2017, to answer, move, or otherwise respond to Anza's complaint.

IT IS SO ORDERED.

Dated: September 7, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE