UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| ANZA TECHNOLOGY, INC., a California corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>TOSHIBA AMERICA ELECTRONIC COMPONENTS, INC., a California corporation,<br><br>    Defendant. | CIV. NO. 2:17-01688 WBS DB<br><br>ORDER SETTING HEARING AND BRIEFING SCHEDULE |

----oo0oo----

The hearing on defendant's Motion to Dismiss (Docket No. 15) and Motion to Transfer (Docket No. 16) is hereby RESET for December 18, 2017 at 1:30 p.m. in Courtroom 5. Plaintiff's oppositions are due November 13, 2017. Defendant's replies are due November 20, 2017. The Scheduling Conference is continued to January 16, 2018 at 1:30 p.m. A Joint Status Report shall be filed no later than January 2, 2018.

IT IS SO ORDERED.

Dated: November 1, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1